UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Thompson
               Plaintiff(s)
-against-
Corporation Counsel
               Defendant(s)

07 CV 2831 (RPP)
**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by 2/1/08.

6. Experts' reports to be served by 6/2/08. [handwritten insertion: Plaintiff Firs]

7. Experts' depositions to be completed by 7/1/08.

8. All discovery to be completed by 6/2/08.

9. Dispositive motions by 6/15/08, Answer by 6/25/08, Reply by _____.

10. Pretrial order to be filed by 7/15/08.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for 7/28/08 at 9:30 AM.

Dated: New York, New York
1/16/08

SO ORDERED.

ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08