UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   X

PAUL THOMPSON,

        Plaintiff,

-against-

CORPORATION COUNSEL, et al.,

        Defendants.   X

MOTION FOR
AN ORDER
COMPELLING
DISCOVERY

07 Civ. 2831(RPP)

**MEMO ENDORSED**

    Plaintiff move this court for an order pursuant to Rule 37(a) of the Federal Rules Of Civil Procedure compelling defendants Department of Correction and/or Corporation Counsel to produce for inspection and copying the following documents: (see attached request). Plaintiffs submitted a written request for these documents, pursuant to Rule 34 of the Federal Rules of Civil Procedure on: February 26, 2008 but have not yet received the documents.

    Plaintiff also move for an order pursuant to Rule 37(a)(4) requiring the aforesaid Defendants to pay Plaintiff the sum of $150.00 (one hundred fifty dollars) as reasonable expenses in obtaining this order, on the ground that the defendants refusal to answer the and/or produce the documents had no substantial justification.

DATED: 3/31/08
SIGNED: [signature]
P. Thompson Pro Se
Box 51 G.M.C.F.
Comstock, N.Y. 12821

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

*Application denied without prejudice.*
*So ordered*
*Robert P Patterson*
*USDJ*
*4/8/08*

SWORN TO ME ON THIS
31st DAY OF March 2008
[signature]

CURTIS F. POIRIER
Notary Public, State of New York
Qualified in Warren County
No. 01PO6122732
Commission Expires February 22, 2009

C/C   A. Okereke
     corp. counsel

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF WASHINGTON )

I, __PAUL THOMPSON__, being duly sworn, depose and say that on the __31__ day of __March__, 200__8__, Petitioner/Defendant/Claimant, served upon the defendant/respondent the annexed document(s) identified as: __ORDER TO COMPEL (document[1st])__, upon the following party:

U.S.D.J. PATTERSON JR.  
  Chambers  
UNITED STATES DISTRICT COURT  
  500 PEARL ST.  
NEW YORK, N.Y. 10007

AMY OKEREKE ESQ.  
CORP. COUNSEL  
DEPT. OF LAW  
100 Church st. Rm 3-137  
NEW YORK, N.Y. 10007

by placing the same in a mailbox at the Great Meadow Correctional Facility, under the exclusive care and custody of the united States Postal Service, by regular first class mail/certified return receipt mail/other.

_(signature)_

Sworn to before me this  
__31st__ day of __March__, 200__8__

_(signature)_  
NOTARY PUBLIC

CURTIS F. POIRIER  
Notary Public, State of New York  
Qualified in Warren County  
No. 01PO6122732  
Commission Expires February 22, 2009

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK    x

PAUL THOMPSON,
                Plaintiff

    -against-

CORPORATION COUNSEL, et al.,

        Defendants.
                           x

PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS
07CIV.2831(RPP)

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff request that Defendants Department of Correction produce for inspection and copying the following documents:

1. The complete work records involving use of force from all Defendants whose title include Correction Officer, Captain, Deputy Warden and/or any other capacity.

2. Any and all rules, regulations, and policies of the New York Dept. of Corrections about Central Montoiring Cases (inmates) movement, and housing.

3. Any and all rules, regulation, and policies of the New York Dept. of Corrections about Central Monitoring Case Inmates movement when being transported outside their housing area to recreation, services, and visits; who is suppose to escort Inmates?

4. Any and all rules, regulation, and policies in New York Dept. Of Correction about the use of elevators by inmates, Officers, and civilians; any special procedures set for Central Monitoiring Case Inmates etc.

5. Any and all documents involving Plaintiff's complaints to the Board of Correction from January of 2007 to date of said incident. February 10, 2007.

                                            SINCERELY YOURS,

                                            P. THOMPSON

SWORN TO ME ON THIS
  26  DAY OF February 2008

_Curtis F. Poirier_
CURTIS F. POIRIER
Notary Public, State of New York
Qualified in Warren County
No. 01PO6122732
Commission Expires February 22, 2009

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF WASHINGTON )

I, __PAUL THOMPSON__, being duly sworn, depose and say that on the __26__ day of __FEBRUARY__, 200__8__, Petitioner/Defendant/Claimant, served upon the defendant/respondent the annexed document(s) identified as: __2nd request for documents__, upon the following party:

AMY N. OKEREKE
100 CHURCH ST. DEPT. OF LAW
NEW YORK, N.Y. 10007

JUDGE ROBERT P. PATTERSON JR.
U.S.D.J.
500 PEARL STREET
NEW YORK, N.Y. 10007

by placing the same in a mailbox at the Great Meadow Correctional Facility, under the exclusive care and custody of the united States Postal Service, by regular first class mail/certified return receipt mail/other.

_____
PAUL THOMPSON

Sworn to before me this
__26__ day of __February__, 200__8__

_____
NOTARY PUBLIC

CURTIS F. POIRIER
Notary Public, State of New York
Qualified in Warren County
No. 01PO6122732
Commission Expires February 22, 2009