```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

RECEIVED APR 28 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

UNITED STATES DISTRICT COURT
SUTHERN DISTRICT OF NEW YORK

PAUL THOMPSON,

        Plaintiff

-against-

CORPORATION COUNSEL, et al.,

        Defendants.   x

APPLICATION FOR APPOINTMENT
OF COUNSEL

07 Civ. 2831 (RPP)

U.S.D.J. PATTERSON

1. I Pro Se Plaintiff Paul Thompson in the above-captioned mattter

2. I ask the Court appoint Plaintiff Counsel for the above-captioned matter; the Plaintiff medical injuries is complicated arising out of this lawsuit, locating docotors, medical records, and treatment from outside providers and/or within the State Dept. of Correction. Only a trained legal proffessional can properly explain to a jury that the steps used by N.Y.C. Dept. of Correctios was excessive. Obtaining N.Y.C. Dept of Correction policy and procedure (records) is necessary in proving case befire the court. The Pro Se Plaintiff is incarcerated, and limited to effectuatimg a proper defense.

3. I have written to three attornies, who declined to take my case (see attached letters and/or responses) for what ever reason they deem proper. I'm still sending letters requesting services to avoid unnecessary delay in this matter.

I declare under the penalties of perjury that my answer to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.

I understand that if my answer on my application to proceed in _Forma Pauperis_ are false, my case can be dismissed. I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the procedures regarding appointment of attorneys in _Pro Se_ Civil actions.

DATED 4/18/08

P. THOMPSON Pro Se

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

MEMO ENDORSED

*Application granted. Plaintiff's name will be added to the Pro Se attorney list for pro bono counsel. So ordered.* [signature] *4/29/08*

**Case:** Paul Thompson v. Corporation Counsel, et al.
**Index No.** 07 Civ. 2831 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*Plaintiff's name will be added to the Pro Se Office's list for pro bono counsel.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 4/29/08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

PAUL THOMPSON,

        Plaintiff

-against-

CORPORATION COUNSEL, et al,.

        Defendant(s)

_____X

AFFIRMATION OF SERVICE
07 Civ. 2831 (RPP)

I, __PAUL THOMPSON__, declare under penalty of perjury that I have served a copy of the attached Application for Appointment of Counsel upon U.S.D.J. PATTERSON AT 500 PEARL ST. N.Y. N.Y. 10007 & AMY OKEREKE ESQ. AT 100 CHURCH ST. N.Y. N.Y. 1007 DEPT. OF LAW
whose address is: _____

Dated: _____
New York, New York

SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS _15th_ DAY OF _April_ 20_08_
_[signature]_
SIGNATURE OF NOTARY PUBLIC

CURTIS F. POIRIER
Notary Public, State of New York
Qualified in Warren County
No. 01PO6122732
Commission Expires February 22, 2009

_[signature]_
Signature

P.O. Box 51
Address

Comstock, N.Y. 12821
City, State & Zip Code

# BOB A. KRAMER
COUNSELOR AT LAW
888 GRAND CONCOURSE, SUITE 1-O
BRONX, NEW YORK 10451
TEL. (718) 292-8400
FAX (718) 742-2058

ROCKLAND COUNTY
TEL: (845) 536-3222
BY APT. ONLY

March 10, 2008

Mr. Paul Thompson
#07A2094
P.O. Box 51 G.M.C.F.
Comstock, New York 12821

Dear Mr. Thompson:

Regarding your letter dated February 18, 2008, please be advised that I cannot represent you as I do not do civil litigation. I have spoken to other attorneys to see if they would represent you but they all declined.

I hope your are successful in your litigation and I wish you the best of luck.

Very truly yours,

BOB A. KRAMER
BAK/al

```
PAUL THOMPSON #07 A2094
   P.O. BOX 51  G.M.C.F.
   COMSTOCK, N.Y. 12821
```

March 24, 2008

Andrew G. Rothstein
67 Wall St. Suite 2211
New York, N.Y.  10005

Dear Mr. Rothstein

I'm writing on the recommendation of D. White whom you represent. I currently have a lawsuit in the Southern District of New York in front of U.S.D.J. Patterson for a lawsuit against the New York City Dept. of Corrections. I ask if you will represent me for the standard fee, due to recent discovery of the seriousness of my injuries. The Defendants are not turning over important discovery material via policy, practices, and procedure for their excessive use of force. If you cannot take my case, please recommend me in a refferal. I thank you for your time and effort in this matter, and eagerly await your response.

P. Thompson Pro Se

# Andrew G. Rothstein
Attorney at Law
110 Wall Street, 11th floor., New York, NY 10005
Tel/Fax: (212) 772-8580   (516) 626-2420
e-mail: arothstein17@optonline.net

March 6, 2008

Paul Thompson
P.O. Box 51 G.M.C.F.
Comstock, NY 12821

Dear Mr. Thompson;

    I am in receipt of your enclosed letter.

    In order to properly evaluate your case, I will need copies of all legal documents that have been served. Please forward a copy of the Complaint, Verified Bill of Particulars, and all correspondence to date.

Very truly yours,

ANDREW G. ROTHSTEIN