DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________
(petitioner/plaintiff)

PAUL THOMPSON

-v-

CORPORATION COUNSEL, et al,.
(respondent(s)/defendant(s)

07 Civ. 2831 (RPP)

MEMO ENDORSED

I, PAUL THOMPSON, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

______________________________

2. If you are **NOT PRESENTLY EMPLOYED**, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED,SAY SO. -

______________________________

3. Have you ever received, within the past twelve months, any money form any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession, or form of self-employment? | YES___ | NO X |
| b. | Rent payments, interest, or dividends? | YES___ | NO X |
| c. | Pensions, annuities, or life insurance payments? | YES___ | NO X |
| d. | Gifts or inheritances? | YES___ | NO X |
| e. | Any form of public assistance? | YES___ | NO X |
| f. | Any other sources? | YES X | NO___ |

ONE THOUSAND DOLLARS FROM LAWSUIT SETTLED IN SOUTHERN DISTRICT OF NEW YORK. CLERK OF SOUTHERN DISTRICT TOOK 350.00$ for prior

LAWSUIT (see reciept exhibit) and 200.00$ for partial payment on this lawsuit.

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months. (AMOUNTS) (VARY )

FROM VARIOUS FAMILY MEMBERS FOR COMMISSARY AND CLOTHING

4. Do you own any cash or do you have money in a checking or savings account?

YES____ NO X (Including any funds in prison accounts)
If the answer is yes, state the total value owned.

______________________________

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
YES____ NO X
If the answer is yes, describe the property and state its approximate value.

______________________________

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

______________________________

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

______________________________

8. State any special financial circumstances which the court should consider in this application.

______________________________

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

signed this __________ day of ______________, 19____.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS 18 DAY OF April 2008
Curtis F Poirier
SIGNATURE OF NOTARY PUBLIC
CURTIS F. POIRIER
Notary Public, State of New York
Qualified in Warren County
No. 01PO6122732
Commission Expires February 22, 2009

[signature]
(signature)

Application granted
So ordered
[signature]
4/29/08

THE CITY OF NEW YORK
**PAYMENT WARRANT**
**ITEMIZED PAYMENT STATEMENT**

0156859605

**ENROLL IN EFT " https://www.nyc.gov/html/dof/html/contact/contact_app_emailach.shtml"**

**VENDOR CODE:** JUDGCLAIMS 1

**CUSTOMER NUMBER:**

| AGENCY NAME | TELEPHONE # | VENDOR INV # | AGREEMNT/VOUCHER # | INVOICE AMOUNT |
|---|---|---|---|---|
| COMPTROLLER | 212-669-4758 | 07PI007402AA | PV 015 00008X57076 | 1,000.00 |

MAR 27, 2008 **CHECK CATEGORY:** TT **TOTAL $ AMOUNT:** 1,000.00

** AMOUNT INCLUDES FREIGHT AND/OR IS NET OF DISCOUNT*

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
GREAT MEADOW CORRECTIONAL FACILITY

COMSTOCK, NEW YORK 12821-0051

TELEPHONE 518-639-5516
FAX NUMBER 518-639-5516 ext 2099

4/1/08

RECEIVED
SDNY PRO SE OFFICE
2008 APR -8 P 12:52

James M. Parkinson, Clerk
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

07A2094

350.00

Paul Thompson

07CV5846
DAB

---

US District Court - Southern
court fee

4/2/2008

18378

350.00

RECEIVED
SDNY PRO SE OFFICE
2008 APR -8 P 12:52

10526150 IFA

07A2094/P Thompson/07CV5846DAB

350.00

10526150 IFA 07A2094/P Thompson/07CV5846DAB 350.00

court fee
US District Court - Southern 4/2/2008 350.00
18378

RECEIVED
SDNY PRO SE OFFICE
2008 APR -8 P 12:52

ORIGINAL-WHITE DUPLICATE-YELLOW TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

E 646944

RECEIVED FROM State of New York at Paul Thompson/07CV5846 ~~PRO Se Partial~~ PRO Se Partial

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | Payee# 075846 |
| 604700 | Registry Funds | INVOICE #9712 |
| | General and Special Funds | R# 646944 |
| 508800 | Immigration Fees | DATE\TIME: 4/9/2008 8:42:57 AM |
| 085000 | Attorney Admission Fees | CASHIER: LATECIA |
| 086900 | Filing Fees | STATION: 01 |
| 322340 | Sale of Publications | ======================================== |
| 322350 | Copy Fees | 1 PARTIAL PAYMENT APPROP $350.00 |
| 322360 | Miscellaneous Fees | ======================================== |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | GRAND TOTAL $350.00 |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE: 20 | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| | | | | |

DEPUTY CLERK:

