UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PAUL THOMPSON,

                Plaintiff,

-against-

CITY (CORPORATION COUNSEL), ET AL.

                Defendants.

-----------------------------------------------------------X

**ORDER**

07 Civ. 2831 (RPP)

**ROBERT P. PATTERSON, United States District Judge:**

       Upon the application of defendants for leave to take the deposition of plaintiff, Paul Thompson, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of Great Meadow Correctional Facility, located in Comstock, New York, produce inmate Paul Thompson, DIN No. 07-A-2094, within the Great Meadow Correctional Facility, for the taking of his deposition via video conference link with the United States District Court for the Southern District of New York on May 22, 2008, commencing at 10:00 A.M., until completion; (2) that inmate Paul Thompson, DIN No. 07-A-2094, appear in such place as designated by the Superintendent or other official in charge of Great Meadow Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be Amy N. Okereke, attorney for defendants, and a court reporter to be designated by defendants.

Dated: New York, New York
          *May 8, 2008*

_____
ROBERT P. PATTERSON U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08