# MEMO ENDORSED

PAUL THOMPSON # 07A2094
P.O. BOX 51 G.M.C.F.
COMSTOCK, N.Y. 12821



MAY 13, 2008

HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST, RMM 2550
NEW YORK, N.Y. 10007



RE:   PAUL THOMPSON v. CORPORATION COUNSEL, et al.   07 Civ. 2831(RPP)

YOUR HONOR:

    Please accept my apology for not sending this page with my motion to amend the complaint, and I ask that you deny the defendants request from May 8, 2008, regarding a video deposition conference, being I was recently granted Pro Bono Counsel : I would like to wait on Counsels advice. I thank you for your time and effort in thsi matter.

yours truly,

P. THOMPSON PROSE

*Application granted.*
*Plaintiff to name Pro Bono Counsel and address by return mail. Defense is to delay deposition until June 1, 2008 or thereafter.*

*So ordered*
*Robert P Patterson  U.S.D.J.*
*5/16/08*