

P. THOMPSON 07A2094
BOX 51 - G.M.C.F.
COMSTOCK, NEW YORK 12821



JUNE 6th, 2008.

Honorable R.P. Patterson
U.S.D.J.
U.S.D.C.
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

RE: Paul Thompson v. Corporation Counsel et al,
    07 Civ. 2831 (RPP)

Your Honor,

   I am the Pro Se Plaintiff, in the above referenced matter. In that capacity, I write in response to Defendants letter to the court dated June 2nd, 2008. I never recieved your letter dated May 16th, 2008, granting my application from May 13th, 2008.

   I have not recieved conformation from any Pro Bono counsel, that he/she will represent me in this matter. I could not comply with your order to name my Pro Bono's counsel name and address. I wrote the Pro Se clerk requesting a list of Pro Bono counsel, to no avail. In my May 13th, 2008, request, I stated that you had granted my request for Pro Bono counsel, not that I had Pro Bono counsel. When I am contacted by a lawyer, (Pro Bono), I will contact all parties involved immediately.

   I thank you for your time and effort in this matter!

                              YOURS TRULY
                       SIGNED *Paul Thompson*
                              P. THOMPSON

*Application granted. In view of the lack of pro bono counsel this case is adjourned for 30 days to July 14, 2008 at 9:30 AM for a telephone conference. So ordered.*
*6/13/08*  *RPPatterson*