UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Thompson 07A2094
　　　　　Plaintiff(s)

-against-

Corporation Counsel

_____ Defendant(s) _____

07 CV 2831 (RPP)

SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes   ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for _____ at _____.

14.) DEFENDANT'S ANSWER TO AMENDED COMPLAINT BY 7/18/08.

15.) TELEPHONE CONFERENCE SCHEDULED FOR THURSDAY, AUGUST 7, 2008 AT 9:30AM TO DISCUSS OUTSTANDING DISCOVERY.

Dated: New York, New York

　　　7/15/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.