

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

AMY N. OKEREKE
*Assistant Corporation Counsel*
(212) 788-9790
(212) 788-9776 (fax)
aokereke@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/08

September 17, 2008

**BY FAX: (212) 805-7917**
Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re: Paul Thompson v. City (Corporation Counsel), et al.
07 Civ. 2831 (RPP)

Your Honor:

**MEMO ENDORSED**

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, New York City Department of Correction, Dorothea Ptomey, Robert Welch, and David Wright, in the above referenced matter. Defendants respectfully request that the status conference currently scheduled for September 23, 2008 at 9:30 a.m. be adjourned by two weeks, to a date on or after October 7, 2008. The reason for this request is that the New York City Department of Correction is still in the process of searching for documents responsive to the specific discovery requests discussed by the parties during the August 7, 2008 status conference. So that defendants may have an opportunity to ascertain whether responsive documents exist, defendants respectfully request the brief adjournment. For the Court's convenience, defense counsel is available for a conference on October 8, 9, 14, 15, and the morning of October 16, 2008. As plaintiff is presently incarcerated and proceeding *pro se*, I have been unable to confer with him regarding this request; therefore, this application is made directly to the Court.

I thank the Court for its time and consideration of this request.

*application granted.*
*Conference 10/8/08 at*
*9:30am. So ordered.*
*Robert Patterson (USDJ)*
*9/18/08*

Respectfully submitted,

Amy N. Okereke
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Paul Thompson, plaintiff *pro se*
07-A-2094
Great Meadow Correctional Facility, Box 51
Comstock, New York 12821-0051 (via first class mail)